UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IGOR KHARITONOV, WILLIAM DAVIS, and EBONEY CHIPMAN,<br><br>　　　　　Defendants. | CASE NO. CR06-166<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the motions of Defendants Eboney Chipman (Dkt. No. 30) and William Davis (Dkt. No. 31) to join in Defendant Igor Kharitonov's and the Government's motion to extend the pretrial motions deadline. The Court hereby GRANTS the motion to join and GRANTS the same relief to all Defendants.

The new pretrial motions deadline for all Defendants shall be June 22, 2006. Accordingly, motions must be filed by June 22, 2006. Responses shall be due on June 29, 2006, and Replies shall be

//

MINUTE ORDER – 1

1  due on June 30, 2006.  The Noting Date for pretrial motions shall be June 30, 2006.

2  DATED this 16th day of June, 2006.

3                                                                  BRUCE RIFKIN, Clerk of Court

5  By   /s/ C. Ledesma
             Deputy Clerk

26  MINUTE ORDER – 2