The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR06-166 JCC |
| | ) |
| Plaintiff, | ) ORDER GRANTING STIPULATED |
| | ) MOTION TO CONTINUE TRIAL DATE |
| vs. | ) |
| | ) |
| A IGOR KHARITONOV, <u>WILLIAM DAVIS</u>, and <u>EBONEY CHIPMAN</u>, | ) |
| | ) |
| Defendants. | ) |

    Based on the stipulated motion of the parties to continue the date for trial (Dkt. No. 65), Defendant Davis' Waiver of Speedy Trial (Dkt. No. 66), and Defendant Chipman's Waiver of Speedy Trial (Dkt. No. 67), the Court makes the following findings of fact and conclusions of law:

    1.  The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE - 1

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(8)(B)(ii).

4. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for the effective preparation his defense.  18 U.S.C. $ 3161(h)(8)(B)(iv).

NOW THEREFORE,

IT IS HEREBY ORDERED that the <u>trial date</u> is continued from January 16, 2007 to March 26, 2007.  The resulting period of delay from January 16, 2007 to March 26, 2007, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).  <u>Pretrial motions</u> shall be due on March 2, 2007.

DONE this 5th day of January, 2007.

JUDGE JOHN C. COUGHENOUR
UNITED STATES DISTRICT COURT JUDGE